[No. 26467-2-I.   Division One.   March 23, 1992.]

SECURITY PACIFIC NATIONAL BANK, *Respondent*, v.
JOACHIN OKONKWO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90-2-07514-9, Joan E. DuBuque, J., entered

June 19, 1990. *Reversed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Kennedy, JJ.